80 So.3d 1148 (2012)
Tara Mehrbach NEWMYER, Appellant,
v.
A.G. NEWMYER, III, Appellee.
No. 4D11-18.
District Court of Appeal of Florida, Fourth District.
March 7, 2012.
John G. Crabtree and George R. Baise Jr. of Crabtree & Associates, P.A. Key Biscayne, for appellant.
Jeffrey D. Fisher and Zachary R. Potter of Fisher & Bendeck, P.A., West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Sarpel v. Eflanli, 65 So.3d 1080 (Fla. 4th DCA 2011).
MAY, C.J., DAMOORGIAN and GERBER, JJ., concur.